**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-6542**

---

WILLIE SANFORD LOYD, JR.,

          Petitioner – Appellant,

     v.

COMMONWEALTH OF VIRGINIA; JAMES A. CALES, JR., Judge;
MORTON V. WHITLOW, Judge; BEN WRIGHT, Warden,

          Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:11-cv-01327-TSE-TRJ)

---

Submitted:  July 17, 2012         Decided:  July 31, 2012

---

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Willie Sanford Loyd, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Sanford Loyd, Jr., seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Loyd has not made the requisite showing. Accordingly, we deny Loyd's motions for leave to proceed in forma pauperis and for a transcript, deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED